UNITED STATES DISTRICT COURT
SOUTHERN DIVISION OF MISSISSIPPI
*Eastern Division*

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

MAY 15 2017

ARTHUR JOHNSTON
BY_____ DEPUTY

ANDRE DESHAWN COOLEY,                    )
                                         )
                    Plaintiff,           )
                                         )
                                         )
          v.                             )   Case No. 2:17cv71-KS-MTP
*Alex Hodge sued in his official Capacity, AND* )
*Jones County Board of Supervisors, AND Jones County* )
*mississippi, and Rick Snyder sued in his official* )   Hon. _____
*Capacity, AND City of Grand Rapids mIchigan* )
*And City of Grand Rapids michigan Police Department* )
*and Nick lyon sued in his official Capacity AND* )   **JURY TRIAL DEMANDED**
               Defendants.               )
*and steve yager sued in his official Capacity* )
                                         /

Sheriff Alex Hodge , Defendant              ANDRE D COOLEY, Plaintiff
419 Yates Ave, Laurel, MS 39440             PO BOX 18452
(601) 425-3147                              Hattiesburg, MS 39404
                                            601-319-5840

Jones County Board of Supervisors, Defendant
419 Yates Ave, Laurel, MS 39440

Governor Rick Snyder, Defendant
111 S. Capitol Avenue,
George W. Romney Building,
Lansing, Michigan 48933

MDHHS, Defendant Via Michigan Attorney General
333 S. Grand Ave
P.O. Box 30195
Lansing, Michigan 48909

Ms. Linda Howell, Assistant Corporate Counsel      Grand Rapids, MI Police Department
Kent County, MI                                    & City of Grand Rapids, Michigan, Defendants
300 Monroe Ave. NW                                 300 Monroe Ave. 6th floor
Grand Rapids, MI 49503                             Grand Rapids, MI 49503

                                                                              /

# VERIFIED COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

## JURY TRIAL DEMANDED

Comes Now Plaintiff Andre Cooley in suit for redress of the plaintiff's rights arising under federal law pursuant to Section 1983 Civil Rights Violations, Intentional Infliction of Emotional

Distress, and a state law claim for Defamation of character requesting actual and punitive damages and does state unto this honorable court of law the following:

## Basis

Under 42 U.S.C. § 1983, you may sue state or local officials for the deprivation of any rights, privileges, or immunities secured by the Constitution and federal laws.

## Plaintiff

1. Plaintiff Andre Cooley is an adult male citizen of the state of Mississippi living at 28 sunset Rd Laurel, MS.

2. Plaintiff lives independently but has a disability, Attention Deficit Hyperactivity Disorder, which the plaintiff manages under the care of a physician and through the use of medication.

3. During the month of May 2016 plaintiff was living in Grand Rapids, Michigan where plaintiff was a law student at Western Michigan University Cooley Law School in grand Rapids Michigan and residing at 345 Paris Ave SE Grand Rapids, MI.

## Defendant(s)

5. Defendant Alex Hodge, sued in his official capacity is Sheriff in Jones County, Mississippi, and serves as the executive policymaker for the sheriff's office is responsible for the harm that the plaintiff alleges by and through the actions of the sheriff and or one of the sheriff's subordinates who work at the leisure and pleasure of the sheriff.

6. Defendant Jones County Board of Supervisors, same as Jones County is the chief policymaking body for Jones County Mississippi and is the chief policymaking body for Jones County, Mississippi.

7. Defendant Rick Snyder, named in his official capacity is the Governor of the State of Michigan and supervises MDHHS employees, these employees work at the will and pleasure of the governor by county.

8. Nick Lyon, who is sued in his official capacity as Director of the Michigan Department of Health and Human Services (MDHHS) AND Steve Yager who is sued in his official capacity as Executive Director, Children's Services Agency of the Children's Services Agency at the Michigan Department of Health and Human Services,

9. Defendant Kent County, Michigan oversees MDHHS as operations at MDHHS are handled by county.

10. Defendant City of Grand Rapids is a Municipality in Michigan and Defendant City of Grand Rapids Police Department are under the direct control and direction of the City of Grand Rapids, MI.

## COUNT ONE:

1. Plaintiff hereby incorporates by reference any and all aforementioned and proceeding paragraphs in plaintiff's suit against the Michigan Department of Health and Human Services, Nick Lyon, who is sued in his official capacity as Director of the Michigan Department of Health and Human Services (MDHHS) AND Steve Yager who is sued in his official capacity as Executive Director, Children's Services Agency of the Children's Services Agency at the Michigan Department of Health and Human Services, Governor Rick Snyder who is sued in his official capacity, Jones County Sheriff Alex Hodge who is sued in his official capacity and Jones County Sheriff's Office and Jones County Mississippi Board of Supervisors, Kent County Michigan and the City of Grand Rapids Michigan and City of Grand Rapids Michigan Police Department.

2. During the month of May 2016 plaintiff was living in Grand Rapids, Michigan where plaintiff was a law student at Western Michigan University Cooley Law School,

3. when plaintiff received information that his nephew, T.G. a minor child, age 6 currently living in Stringer, MS was then being mistreated and not receiving proper care and being made to sleep on the floor without a blanket because the child wets the bed.

4. Plaintiff drove to Mississippi and picked up T.G. and drove him back to Grand Rapids, Michigan and began to provide for the care, custody and control of T.G. when

5. The Michigan Department of Health and Human Services or MDHHS, formerly the Michigan Department of Human Services did come to the home of the plaintiff in June of 2016

6. and completed an investigation of the plaintiff and advised the plaintiff that the child was not in any danger nor subject to neglect,

7. The investigator threatened the plaintiff that if the plaintiff did not return the minor child to Mississippi that MDHHS by and through the investigator would substantiate the plaintiff on the child registry, which is a state list of persons who have been found to have been previously engaged based on the preponderance of the evidence in child abuse and or neglect.

8. This substantiation would cause the plaintiff to not be able to find work and would not allow the plaintiff to pass background checks in order for the plaintiff to sit for the bar and be eligible to practice law thereby violation the plaintiff's Section 1983 federally protected civil rights and subsequently resulted in the damages suffered by the plaintiff to his reputation and where the plaintiff lost his employment with FedEx Freight due to the ongoing investigation and duress under which the plaintiff was placed by investigators with MDHHS.

## COUNT TWO:

1. Plaintiff hereby incorporates by reference any and all aforementioned and proceeding paragraphs in plaintiff's suit against the Michigan Department of Health and Human Services, Nick Lyon, who is sued in his official capacity as Director of the Michigan Department of Health and Human Services (MDHHS) AND Steve Yager who is sued in his official capacity as Executive Director, Children's Services Agency of the Children's Services Agency at the Michigan Department of Health and Human Services, Governor Rick Snyder who is sued in his official capacity, Jones County Sheriff Alex Hodge who is sued in his official capacity and Jones County Sheriff's Office and Jones County Mississippi Board of Supervisors, Kent County Michigan and the City of Grand Rapids Michigan and City of Grand Rapids Michigan Police Department.

2. In June of 2016 a member of the Jones County Sheriff's Office while acting under color of state law placed the name of the plaintiff and or his likeness and description on the National Crime Information Center (NCIC) as a person of interest in a child abduction and caused the information to be placed on Michigan's Law Enforcement Information Network

3. which was defamatory and placed the plaintiff in a false light because the information was false words of or relating to the plaintiff that was in conscious disregard of the truth and caused an investigation of the plaintiff by the Grand Rapids Police Department.

4. This was a violation of plaintiff's 1983 federally protected civil rights because the Jones County Sheriff's Office was attempting to interfere with the plaintiff's care, custody and control of the minor child based on false information before and after the MDHHS found there to be no neglect and that no abduction had taken place.

## COUNT THREE:

1. Plaintiff hereby incorporates by reference any and all aforementioned and proceeding paragraphs in plaintiff's suit against the Michigan Department of Health and Human Services, Nick Lyon, who is sued in his official capacity as Director of the Michigan Department of Health and Human Services (MDHHS) AND Steve Yager who is sued in his official capacity as Executive Director, Children's Services Agency of the Children's Services Agency at the Michigan Department of Health and Human Services, Governor Rick Snyder who is sued in his official capacity, Jones County Sheriff Alex Hodge who is sued in his official capacity and Jones County Sheriff's Office and Jones County Mississippi Board of Supervisors, Kent County Michigan and the City of Grand Rapids Michigan and City of Grand Rapids Michigan Police Department.

2. Members of the Grand Rapids Police Department acting under color of Michigan law acting solely and in concert with others known and unknown and in violation of the plaintiff's Section 1983 federal civil rights did come to the plaintiff's home and several officers who were armed and in a show of force did forcibly remove the minor child from the plaintiff's home.

3. This was a violation of plaintiff's 1983 federally protected civil rights because the Grand Rapids Police Department was actively and forcefully interfering with the plaintiff's care, and told plaintiff that plaintiff would be arrested if plaintiff refused to turn over the minor child, further interfering with the custody and control of the minor child based on false information,

4. after the MDHHS found there to be no neglect and that no abduction had taken place in the plaintiff's home.

## COUNT FOUR:

1. Plaintiff hereby incorporates by reference any and all aforementioned and proceeding paragraphs in plaintiff's suit against the Michigan Department of Health and Human Services, Nick Lyon, who is sued in his official capacity as Director of the Michigan Department of Health and Human Services (MDHHS) AND Steve Yager who is sued in his official capacity as Executive Director, Children's Services Agency of the Children's Services Agency at the Michigan Department of Health and Human Services, Governor Rick Snyder who is sued in his official capacity, Jones County Sheriff Alex Hodge who is sued in his official capacity and Jones County Sheriff's Office and Jones County Mississippi Board of Supervisors, Kent County Michigan and the City of Grand Rapids Michigan and City of Grand Rapids Michigan Police Department.

2. **State law claim for defamation, libel:** In June of 2016 a member of the Jones County Sheriff's Office, acting solely and in concert with others known and unknown, placed the name of the plaintiff and or his identifiable likeness, address and description on the National Crime Information Center (NCIC) as a person of interest in a child abduction

3. and caused the information to be placed on or forwarded to Michigan's Law Enforcement Information Network which was defamatory because the information was false words of or relating to the plaintiff that was in conscious or reckless disregard of the truth and caused an investigation of the plaintiff by the Grand Rapids Police Department and subsequent removal of plaintiff's nephew by the Grand Rapids, Police by force.

4. The Jones County Sheriff's Office never took action to issue an "Amber Alert" or issue a warrant for the arrest of the plaintiff because the sheriff's office was aware that the information was not true.

5. The plaintiff has suffered damage to his reputation and lost his employment with FedEx Freight due to the information that the Jones County Sheriff's Office placed on NCIC.

## COUNT FIVE:

1. Plaintiff hereby incorporates by reference any and all aforementioned and proceeding paragraphs in plaintiff's suit against the Michigan Department of Health and Human Services, Nick Lyon, who is sued in his official capacity as Director of the Michigan Department of Health and Human Services (MDHHS) AND Steve Yager who is sued in his official capacity as Executive Director, Children's Services Agency of the Children's Services Agency at the Michigan Department of Health and Human Services, Governor Rick Snyder who is sued in his official capacity, Jones County Sheriff Alex Hodge who is sued in his official capacity and Jones County Sheriff's Office and Jones County Mississippi Board of Supervisors, Kent County Michigan and the City of Grand Rapids Michigan and City of Grand Rapids Michigan Police Department.

2. Plaintiff, as a result of the intentional actions of all defendants acting solely and in concert with others known and unknown received Intentional Infliction of Emotional Distress when the defendants acting in concert and solely, under color of state law violated plaintiff's Section 1983 federally protected civil rights which caused the plaintiff to experience sickness and could not work and attend educational activities.

## PRAYER FOR RELIEF:

Plaintiff respectfully prays for actual and punitive damages against defendant state of Michigan Department of Health and Human Services, defendant Nick Lyon who is sued in his official capacity as Director of the Michigan Department of Health and Human Services (MDHHS) AND defendant Steve Yager who is sued in his official capacity as Executive Director, Children's

Services Agency of the Children's Services Agency at the Michigan Department of Health and Human Services, defendant Governor Rick Snyder who is sued in his official capacity, defendant Jones County Sheriff Alex Hodge who is sued in his official capacity and defendant Jones County Sheriff's Office and defendant Jones County Mississippi Board of Supervisors, defendant Kent County Michigan and the defendant City of Grand Rapids Michigan and defendant City of Grand Rapids Michigan Police Department for violations of plaintiff's Section 1983 Rights, emotional distress, Intentional Infliction of Emotional Distress,

caused by the defendants' violations of the plaintiff's federally protected rights and state rights and further requests any and all other relief that the honorable court deems just, necessary and proper.

_Andre D. Cooley, Plaintiff_  _5/15/17_
Andre D. Cooley, Plaintiff          Date

## CERTIFICATION

I ANDRE D. COOLEY AM THE PLAINTIFF IN THIS LAW SUIT AND
I HAVE PERSONAL KNOWLEDGE OF THE FACTS IN THIS CASE AND PERSONAL
KNOWLEDGE THAT THE FACTS IN THIS LAW SUIT ARE TRUE AND ACCURATE TO
THE BEST OF MY KNOWLEDGE AND BELIEF.

Executed At _Hattiesburg, MS_

this _15_ Day of _May_ 20_17_

_Andre Cooley_  _5/15/17_
PLAINTIFF          DATE

State of _Mississippi_

County Of _Forrest_

On this _15th_ day of _May_, 20_17_

before me, the undersigned notary public, personally appeared _Andre D. Cooley_

provided to me through satisfactory evidence of identification which was _D. L._

to be the person whose name is signed on the preceding or attached document who swore or

affirmed to me that the contents of the document are truthful and accurate to the best of his/her

knowledge and belief.

Signature of Notary

AuG 6, 2018

Date of Commission Expiration

# PROOF OF SERVICE

I ANDRE COOLEY CERTIFY THAT I HAVE SERVED THE ATTACHED LAWSUIT ON THE FOLLOWING ON _May 15, 2017_

Sheriff Alex Hodge , Defendant
419 Yates Ave, Laurel, MS 39440
(601) 425-3147

Jones County Board of Supervisors, Defendant
419 Yates Ave, Laurel, MS 39440

Governor Rick Snyder, Defendant
111 S. Capitol Avenue,
George W. Romney Building,
Lansing, Michigan 48933

MDHHS, Defendant Via Michigan Attorney General
333 S. Grand Ave
P.O. Box 30195
Lansing, Michigan 48909

Ms. Linda Howell, Assistant Corporate Counsel
Kent County, MI
300 Monroe Ave. NW
Grand Rapids, MI 49503

Grand Rapids, MI Police Department
& City of Grand Rapids, Michigan, Defendants
300 Monroe Ave. 6th floor
Grand Rapids, MI 49503

Plaintiff

Date 5/15/17