# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

ANDRE DESHAWN COOLEY                                              PLAINTIFF

v.                                                            CIVIL ACTION NO. 2:17-CV-71-KS-MTP

ALEX HODGE, et al.                                                   DEFENDANTS

## ORDER

On August 4, 2017, Defendants ("Movants") filed their Motions for Judgment on the Pleadings [4][5]. Plaintiff ("Respondent") has until on or before **August 18, 2017**, to respond to these motions. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movants wish to file rebuttals, they may do so on or before **August 25, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movants or Respondent require an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movants' original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondent's responses shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the __7th__ day of August, 2017.

                                                                 ___s/Keith Starrett_____
                                                                 KEITH STARRETT
                                                                 UNITED STATES DISTRICT JUDGE